UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-23272-KMW

JOHN DOE,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S**
***EX PARTE* MOTION FOR LEAVE TO PROCEED UNDER**
**PSEUDONYM AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE comes before the Court upon Plaintiff's *Ex Parte* Motion for Leave to Proceed Under Pseudonym and Incorporated Memorandum of Law ("Motion") [ECF No. 4]. Having reviewed the Motion and being duly advised in its premises, and for good cause shown, Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym is **GRANTED**.

Federal Rule of Civil Procedure 10(a) provides that "every pleading" in federal court "must name all the parties." Fed. R. Civ. P. 10(a). "Nonetheless, the rule is not absolute." *Plaintiff B v. Francis*, 631 F.3d 1310, 1315 (11th Cir. 2011). "Whether a party will be permitted to proceed anonymously is a matter within the court's discretion." *S.Y. v. Jay Varahimata Invs. LLC*, No. 2:20-cv-606-JES-MRM, 2021 WL 3117117, at *4 (M.D. Fla. June 11, 2021). "A court must determine whether a Plaintiff has a substantial privacy right that outweighs the customary openness in judicial

proceedings." *Plaintiff B*, 631 F.3d at 1316. In making such determination, "[t]he court should carefully review all the circumstances of a given case and then decide whether the customary practice of disclosing the plaintiff's identity should yield to the plaintiff's privacy concerns." *Id.* Consideration is given to factors such as whether the plaintiff is a minor, whether the plaintiff will be threatened with violence or physical harm by proceeding in his or her own name, and whether plaintiff's anonymity poses a threat of fundamental unfairness to the defendant. *Id.*

Here, Plaintiff has a documented threat of physical harm. *See* Mot. at 3. Moreover, Defendant Prudential Insurance Company of America ("Defendant") would not be harmed because Plaintiff states that "Plaintiff has no issue confidentially disclosing personal identifiers necessary such as Plaintiff's real name, claim information, and medical records" to Defendant. *Id.* at 4. Accordingly, where Plaintiff faces a threat of physical harm and Defendant will not be prejudiced by Plaintiff's anonymity, Plaintiff's privacy right outweighs the customary openness provided in judicial proceedings.

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff is permitted to proceed under pseudonym John Doe.

DONE AND ORDERED in Chambers in Miami, Florida on this 4th day of August, 2025.

*[signature: Enjolique A. Lett]*
**ENJOLIQUE A. LETT**
**UNITED STATES MAGISTRATE JUDGE**

CC: All Counsel of Record